ST. CLAIR INTELLECTUAL PROP-
ERTY CONSULTANTS INC.,
Plaintiff-Appellee

v.

TOSHIBA AMERICA INC., Toshiba
Corporation, Toshiba America Infor-
mation Systems, Inc., Defendants-Ap-
pellants

Apple Inc., Defendant

2016-1355

United States Court of Appeals,
Federal Circuit.

November 8, 2016

MICHAEL E. JOFFRE, Kellogg, Huber,
Hansen, Todd, Evans & Figel, PLLC,
Washington, DC, argued for plaintiff-ap-
pellee. Also represented by JOANNA ZHANG;
ARTHUR A. GASEY, OLIVER YANG, Niro Law,
Ltd., Chicago, IL.

JEFFREY K. SHERWOOD, Blank Rome
LLP, Washington, DC, argued for defen-
dants-appellants. Also represented by
CHARLES J. MONTERIO, JR., GABRIELLA E.
ZICCARELLI.

**JUDGMENT**

Per Curiam (Taranto, Bryson, and Stoll,
Circuit Judges).

THIS CAUSE having been heard and con-
sidered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.